### HARTFORD, ADJOURNED SUPERIOR COURT, DECEMBER, A. D. 1777.

### CLARK v. BROWN ET UX.

ERROR to reverse a judgment of the County Court, in an action of assumpsit, brought by said Brown and wife against Clark; declaring, that in consideration of a deed executed by

the wife, when a *feme sole*, of a certain piece of land, described, the said Clark assumed and promised to pay to her the sum of £14 lawful money in a reasonable time; which he has never performed.

To this declaration the defendant demurred — And judgment of the County Court, that the declaration is sufficient; and for the plaintiffs to recover.

Errors assigned are — 1st. That there is no direct averment that said deed was ever delivered. 2d. That said promise is by parol, and within the statute made to prevent frauds and perjuries.

Judgment of the Superior Court — That there is nothing erroneous in the judgment complained of. For first, the defendant cannot take advantage of the statute upon a general demurrer, for the plaintiff may have a written note or memorandum of the promise, which he might produce in evidence. 2d. This action is not brought on the parol agreement only, but upon an agreement executed on one part; and so is not within the statute. Gilbert Court of Chancery, 231; 1 Bacon Ab. 74, and 75; 2 Str. 783; 1 Blac. Reports, 600.